Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

William Harris 168331
_____
Plaintiff

(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Dewayne Estes, et al.
_____
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No. _____

4:18-cv-01331-CLS-JHE

FILED
2018 AUG 20 P 12: 19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

I.  The Parties to this Complaint

A.  The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: William Harris
All other names by which you have been known: William Henry Harris
ID Number: AIS# 168331
Current Institution: St. Clair Correctional Facility
Address: 1000 St. Clair Road
Springville, Al 35146
City / State / Zip Code

B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Dewayne Estes
Job or Title (if known): Warden of St. Clair
Shield Number:
Employer: Alabama Dept of Corrections
Address: 301 Ripley Street
Montgomery, Al 36130
City / State / Zip Code
☐ Individual Capacity   ☐ Official Capacity

Defendant No. 2
Name: Warden II Speck
Job or Title (if known): Deputy Warden
Shield Number:
Employer: Alabama Dept of Corrections
Address: 301 Ripley Street
Montgomery, Al 36130
City / State / Zip Code
☒ Individual Capacity   ☐ Official Capacity

2

Defendant No. 3

Name: Classification Supervision

Job or Title (if known): classification

Shield Number:

Employer: Ala. Dept of corrections

Address: 301 Ripley street

City: Montgomery   State: Al   Zip Code: 36130

☑ Individual Capacity   ☐ Official Capacity

Defendant No. 4

Name: Cynthia Stewart

Job or Title (if known): Warden III

Shield Number:

Employer: Ala Dept of Corrections

Address: Holman Corr facility

City: Atmore   State: Al   Zip Code: 36503

☑ Individual Capacity   ☐ Official Capacity

Defendants Cont. on Attachment

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and unusual Punishment
Fail to protect my Health and safety

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other
(explain)

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Arose in a state Correctional Institution

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The Events giving rise to my claims occurred on September 18, 2017 at St.Clair Correctional Facility

C. What date and approximate time did the events giving rise to your claim(s) occur?

September 12, 2017

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On September 12, 2017, on the G-yard at St.Clair prison, I was stabbed 5 times in a brutal assault on me by a fellow inmate

Cont. See attachment

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I was stabbed 5 times with a prison made knife. 2 times in the back and 3 times in the chest area

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks Declatory, Injunction and Compensatory Relief. Plaintiff Demands A Trail by Jury and $150,000 against each Defendant and such other relief as the court Deem Just.

VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

   A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   ☑ Yes

   ☐ No

   If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
   _St. Clair Correctional Facility_

   B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   ☐ Yes

   ☑ No

   ☐ Do not know

   C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   ☐ Yes

   ☑ No

   ☐ Do not know

   If yes, which claim(s)?

   _____

   _____

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

    N|A

2. What did you claim in your grievance?

    N|A

3. What was the result, if any?

    N|A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    N|A

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:
    There is no grievance procedure

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
    I inform the officer that me to the infirmary what happen about 5 min after I was stabbed

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
    None

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes
☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.
N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _N/A_

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

   _____

9

IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff: William Harris
Prison Identification #: AIS# 168331
Prison Address: 1000 St. Clair Road
Springville, AL 35146

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/11/18 (Date)

_William Harris_
Signature of Plaintiff

_Hann R. Wyatt_   8/11/18

My Commission Expires 1/3/21

Defendant Cont. Attachment

DEFENDANT #5

NAME: William DeSpain
JOB: Classification Supervisor
EMPLOYER: Alabama Dept. of Corr.
ADDRESS: Holman 3700 Atmore, Al. 36503


DEFENDANT #6

NAME: Terry Raybon
JOB: Warden II
EMPLOYER: Alabama Dept. of Corr.
ADDRESS: Holman 3700 Atmore, Al. 36503

ATTACHMENT TO CIVIL COMPLAINT

that was suppose to be an enemy of mines based on current conviction. On Septemebr 12, 2017, I was walking around the G-Yard talking with my friend Kelvin Watts, there was atleast 60-80 inmates on the G-Yard at this time, and as I was walking to open N-O Dorm, I was stabbed in the back by an inmate that I have never seen in my life, I turned around and the inmate came toward me again with a large prison made knife swinging it at me , I ran onto the G-Yard hollering for 20 minutes for help, but no Officers came to help me, I guess the inmate got tired of chasing me and allowed me to run to my Dorm (L-Dorm). When I got to L-Dorm Cubicle I told the female operator that I had just been stabbed 5 times, 2 in the back and 3 in the chest, the female operator got on the radio and telephone, and after a few minutes I was escorted to the infirmary for treatment. During the investigation of the incident, I was informed that the inmate that stabbed me was Jerry Wayne Young#136443,and that he was my deceased wife brother, and that me and this inmate did'nt suppose to be in the same prison together, we were or should have been documented as enemies. I was transferred from Holman Correctional facility to St.Clair Correctional Facility the second week in September, I did not ask to be transferred and did'nt know I was being transferred until the day I was transferred and did'nt know where I was being transferred until I arrived at the facility, however, I recall asking to be transferred back in 2013 when my mom passed, but I was told that I had an enemy at this facility by Classification and could'nt be transferred here. I believe that the Defendants actions and inactions are the approximate cause of me being placed in a facility with my enemy and being stabbed 5 times in my back and chest.